IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES AUSTIN PARKS,

    Plaintiff,               1: 08 CV 1628 WMW PC

    vs.                           ORDER RE MOTION (DOC 4)

DERRAL ADAMS, et al.,

    Defendants.

Plaintiff has filed a motion requesting the court to include the correct spelling of his name on all correspondence. The court docket reflects an incorrect spelling of Plaintiff's name. Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion filed on November 24, 2008, is granted.

    2. The Clerk's Office is directed to correct the official record in this case to include the correct spelling of Plaintiff's name as indicated in his motion.

IT IS SO ORDERED.

**Dated:   May 1, 2009**                        **/s/ William M. Wunderlich**
                                                UNITED STATES MAGISTRATE JUDGE