# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS, | CASE NO. 1:08-cv-01628-LJO-SKO PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 41) |
| DARYL G. ADAMS, et al., | |
| Defendants. | |

Plaintiff Charles Austin Parks ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2011, the Magistrate Judge issued a Findings and Recommendations which recommended that Defendants' motion for summary judgment be partially granted and partially denied. (Doc. #41.) The Findings and Recommendations were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date on which the Findings and Recommendations were served. No party has filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, the Court HEREBY ORDERS that:

1. The January 14, 2011 Findings and Recommendations are ADOPTED in full;
2. Defendants' motion for summary judgment is GRANTED with respect to Plaintiff's claims against Defendant Hieng. Defendant Hieng is DISMISSED from this action; and
3. Defendants' motion for summary judgment is DENIED in all other respects.

IT IS SO ORDERED.

**Dated:   March 7, 2011**                            /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE