# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS, | CASE NO. 1:08-cv-01628-LJO-SMS PC |
| Plaintiff, | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT JOHN DOE |
| v. | |
| DARYL G. ADAMS, et al., | (ECF Nos. 45, 46) |
| Defendants. | |

Plaintiff Charles Austin Parks is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Following resolution of Defendants' motion for summary judgment, this action is now proceeding on Plaintiff's first amended complaint, filed April 27, 2009, against Defendants Braswell, Young, Pighting, and Alexander for excessive force in violation of the Eighth Amendment. On April 8, 2011, an order requiring Plaintiff to show cause why Defendant John Doe should not be dismissed from the action.  (ECF No. 45.)  Plaintiff filed a motion for voluntary dismissal of Defendant John Doe on April 25, 2011.  (ECF No. 46.)

Accordingly, based on the foregoing, it is HEREBY ORDERED that Defendant John Doe is DISMISSED from this action.

IT IS SO ORDERED.

**Dated:    April 27, 2011**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1