# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DARYL G. ADAMS, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 1:08-cv-01628-LJO-SMS PC<br><br>ORDER FOR DEFENDANTS TO SUBMIT AN ORDER RE CONSENT<br><br>FIVE DAY DEADLINE |

　　　Plaintiff Charles Austin Parks is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Following resolution of Defendants' motion for summary judgment, this action is now proceeding on Plaintiff's first amended complaint, filed April 27, 2009, against Defendants Braswell, Young, Pighting, and Alexander for excessive force in violation of the Eighth Amendment. On November 24, 2008, Plaintiff consented to the jurisdiction of the Magistrate Judge. On December 16, 2009, Defendants declined to proceed before the Magistrate Judge. This action is currently set for jury trial on July 18, 2011. Given the Court's heavy schedule, Defendants are requested to submit a second consent or decline form.

　　　The Clerk's Office SHALL send Defendants a consent/decline form. Within **five (5) days** from the date of service of this order, Defendants SHALL either consent to or decline Magistrate Judge jurisdiction.

　　　IT IS SO ORDERED.

Dated:　　June 14, 2011　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE