# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br><br>            Plaintiff,<br><br>    v.<br><br>BRASWELL, et al.,<br><br>            Defendants.<br>                                                              / | CASE NO. 1:08-cv-01628-LJO-SMS PC<br><br>ORDER FOLLOWING TELEPHONIC HEARING, GRANTING DEFENDANTS' REQUEST FOR VIDEO APPEARANCE BY INMATE DIXON AT TRIAL |

On July 7, 2011, a telephonic status hearing was held to address Defendants' request to allow Inmate Dixon, CDC #V-96657, to appear by video to testify at the trial in this matter. Pelican Bay State Prison has requested that Inmate Dixon be allowed to testify by video due to safety and medical concerns in transferring him to another institution. Plaintiff, on the record, expressed no opposition or objection. Defendants request shall be granted and defense counsel is to contact Mark Richmond at (559) 499-5635 to arrange Inmate Dixon's video appearance at trial on July 18, 2011.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' request to allow Inmate Dixon, CDC # V-96657, to testify by video conference at trial is GRANTED; and

///
///
///
///

1

2.	Counsel for Defendants is required to arrange for the video testimony of Inmate Dixon at trial on July 18, 2011, by coordinating with Pelican Bay State Prison and Mark Richmond.

IT IS SO ORDERED.

**Dated:   July 7, 2011**                                        /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE