# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>BRASWELL, YOUNG, ALEXANDER, AND PIGHTING,<br><br>    Defendants.<br>_____ / | CASE NO. 1:08-cv-01628-LJO-SMS PC<br><br>ORDER VACATING JULY 6, 2011 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MARK DIXON, CDC # V-96657, AND ORDERING INMATE DIXON TO APPEAR BY CONFERENCE ON JULY 18, 2011<br><br>(ECF NO. 69)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE A COURTESY COPY OF THIS ORDER ON CDCR TRANSPORTATION, AND OUT-TO-COURT DESK AND LITIGATION OFFICE AT PELICAN BAY STATE PRISON |

Plaintiff Charles Austin Parks is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2011, the Court issued an order and Writ of Habeas Corpus ad Testificandum commanding the Warden of Pelican Bay State Prison to produce California prisoner Mark Dixon, V-96657, in this Court on July 18, 2011, to testify at trial in this action.

On July 8, 2011, the Honorable Lawrence O'Neill granted Defendants' motion to allow a video appearance by inmate Dixon at the trial. Accordingly, it is HEREBY ORDERED that:

1. The Order and Writ of Habeas Corpus ad Testificandum issued on July 6, 2011, commanding the production of inmate Mark Dixon is VACATED;

2. The Clerk's Office shall serve a courtesy copy of this order on CDCR Transportation, and the Out-to-Court Desk and Litigation Office at Pelican Bay State Prison;

3.  Inmate Mark Dixon, V-96657, shall make a video appearance on July 18, 2011, at 2:30 p.m. in Courtroom 4; and

4.  Counsel for Defendants is required to arrange for the video testimony of Inmate Dixon at trial on July 18, 2011, at 2:30 p.m. by coordinating with Pelican Bay State Prison and the Clerk's Office Information Technology staff.

IT IS SO ORDERED.

**Dated:   July 9, 2011**                         /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE