**FILED**

JUL 18 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS, | CASE NO. 1:08-cv-01628-LJO-SMS PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF TOMMY HUYNH, CDC # P-45472, FOR TRIAL ON JULY 19, 2011, AT 8:00 A.M. |
| v. | |
| BRASWELL, YOUNG, ALEXANDER, AND PIGHTING, | |
| Defendants. | |

Inmate Tommy Huynh, CDC # P-45472, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, July 19, 2011, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: July 18, 2011          _____
                              LAWRENCE J. O'NEILL,
                              UNITED STATES DISTRICT COURT JUDGE

1