# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br><br>            Plaintiff,<br><br>    v.<br><br>BRASWELL, YOUNG, ALEXANDER, AND PIGHTING,<br><br>            Defendants.<br>_____/ | CASE NO. 1:08-cv-01628-LJO-SMS PC<br><br>ORDER CONTINUING VIDEO APPEARANCE OF INMATE DIXON TO JULY 19, 2011, AT 9:00 A.M. |

The video appearance of Inmate Mark Dixon, CDC # V-96657, on July 18, 2011, at 2:30 p.m. in Courtroom 4 is CONTINUED to **July 19, 2011, at 9:00 a.m.** in Courtroom 4.  Counsel for Defendants is required to arrange for the video testimony of Inmate Dixon at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   July 18, 2011**                         /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE

1