

FILED
JUN 18 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br><br>    Plaintiff,<br><br>v.<br><br>BRASWELL, YOUNG, ALEXANDER, AND PIGHTING,<br><br>    Defendants.<br>_____ / | CASE NO. 1:08-cv-01628-LJO-SMS PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JULY 19, 2011, AT 8:00 A.M. |

Plaintiff **Charles Austin Parks, CDCR #K-72151**, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, July 19, 2011, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: July 18, 2011

                                                LAWRENCE J. O'NEILL
                                                UNITED STATES DISTRICT COURT JUDGE