FILED
JUL 19 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRASWELL, YOUNG, ALEXANDER, AND PIGHTING,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01628-LJO-SMS PC<br><br>NOTICE AND ORDER THAT WITNESS **PAUL SA'OLE, JR., CDC # J-54247**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on July 18, 2011. Witness **Paul Sa'ole, Jr., CDC # J-54247**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: July 19, 2011　　　　　　　　　／s／ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　LAWRENCE J. O'NEILL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE