FILED

JUL 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br><br>    Plaintiff,<br><br>v.<br><br>BRASWELL, YOUNG, ALEXANDER, AND PIGHTING,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-01628-LJO-SMS PC<br><br>NOTICE AND ORDER THAT WITNESS **TOMMY HUYNH, CDC # P-45472**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on July 18, 2011. Witness **Tommy Huynh, CDC # P-45472**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: July 19, 2011

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1