

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS, | CASE NO. 1:08-cv-01628-LJO-SMS PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JULY 20, 2011, AT 8:00 A.M. |
| v. | |
| BRASWELL, YOUNG, ALEXANDER, AND PIGHTING, | |
| Defendants. | |

Plaintiff **Charles Austin Parks, CDCR #K-72151**, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, July 20, 2011, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 7-19-11

OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

1