FILED
JUL 20 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS,<br><br>            Plaintiff,<br><br>     v.<br><br>BRASWELL, YOUNG, ALEXANDER, AND PIGHTING,<br><br>            Defendants.<br>_____ / | CASE NO. 1:08-cv-01628-LJO-SMS PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **CHARLES AUSTIN PARKS, CDC # K-72151,** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on July 18, 2011.  Plaintiff **Charles Austin Parks, CDC # K-72151,** is no longer needed by the Court as a witness in these proceedings.  Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: July 20, 2011                                  /s/ Lawrence J. O'Neill
                                                              LAWRENCE J. O'NEILL
                                                              UNITED STATES DISTRICT JUDGE

1